

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00584-CV

**IN THE INTEREST OF D.S.Q.C.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01087
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: July 19, 2023

DISMISSED

Appellant moved to dismiss this appeal. Appellee has not objected to the motion. Appellant's motion is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.) (en banc) (per curiam).

PER CURIAM